**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Kendel Jensen, et al., | ) | No. CV-07-8119-PCT-SMM |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) | |
| Kelley Douglas, et al., | ) ) | |
| Defendants. | ) ) ) | |

Before the Court is Defendant Brett Harris's ("Defendant") Motion for More Definite Statement (Dkt. 17). A motion for a more definite statement "must be made before filing a responsive pleading . . . ." Fed. R. Civ. P. 12(e). Defendant filed a responsive pleading—his answer to the complaint—three months before filing the Motion for a More Definite Statement. (Dkt. 5, Def.'s Answer.) The motion will therefore be denied.[1] Accordingly,

**IT IS HEREBY ORDERED** denying Defendant's Motion for a More Definite Statement (Dkt. 17).

DATED this 4th day of September, 2008.

Stephen M. McNamee
United States District Judge

---

[1] The instant motion also improperly requests that the Court dismiss the complaint with prejudice, relief not available under Rule 12(e). Fed. R. Civ. P. 12(e).